UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIAM JAMES COKE SR.,

                    Plaintiff,

-against-

CHIEF MEDICAL OFFICER AND DEPUTY
COMMISSIONER CARL J. KOENINGSMAN;
MEDICAL DIRECTOR ROBERT
BENTIVEGNA; MEDICAL DIRECTOR
FREDRICK BERNSTEIN; PRIMARY CARE
PROVIDER YELENA KORBKOVA; MEDICAL
DIRECTOR DEBRA GEER; SHELLY
MALLOZZI, GRIEVANCE PROGRAM AND
DIRECTOR; NURSE CHRISTINE RAFFAELE,
COUNSEL'S OFFICE (RETIRED),

                    Defendants.

19-CV-10038 (PMH)

ORDER

---

PHILIP M. HALPERN, United States District Judge:

On May 15, 2020, Defendants filed a motion to dismiss Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). (Doc. 36). On June 16, 2020, Plaintiff filed an opposition to Defendants' motion to dismiss. (Doc. 40). That same day, Plaintiff filed a "Notice of Motion." (Doc. 39). Plaintiff's motion requests that two Defendants—Shelly Mallozzi and Christine Raffaele—named in Plaintiff's Amended Complaint, but not Plaintiff's initial Complaint be served with Plaintiff's Amended Complaint. Because Plaintiff is proceeding in forma pauperis Plaintiff is entitled to rely on the Court and the U.S. Marshals Service to effect service. *See Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013). Accordingly, by separate Order, the Court will order Defendants Mallozzi and Raffaele be served with Plaintiff's Amended Complaint.

Additionally, to the extent that Plaintiff wishes to add new factual allegations against the Defendants named in Plaintiff's Amended Complaint, Plaintiff can seek leave to further amend

2

his Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2). If Plaintiff wants to further amend

his Amended Complaint to add new factual allegations, claims, or Defendants he can write a

letter to the Court within 30 days seeking permission to do so.

Defendants are directed to mail a copy of this Order to Plaintiff and provide proof of service

on the docket. The Clerk is instructed to terminate ECF No. 39.      SO ORDERED.

Dated:   June 24, 2020
         New York, New York

_____
                    PHILIP M. HALPERN
                 United States District Judge

**DEFENDANTS AND SERVICE ADDRESSES**

1.    Shelly Mallozzi, Grievance Program and Director
      Harriman State Campus
      1220 Washington Avenue
      Albany, NY 12226

2.    Nurse Christine Raffaele, Counsel's Office (Retired)
      New York State Department of Corrections and Community Supervision
      1220 Washington Avenue, Building 2
      Albany, NY 12226